IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00235-PSF-PAC

VIRGINIA L. POWELL,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, d/b/a Aetna US Healthcare;
QUEST DIAGNOSTICS INCORPORATED WELFARE PLAN,
a/k/a Quest Diagnostics' Aetna Long-Term Disability Benefit Plan and
a/k/a Quest Diagnostics' Managed Disability Benefits Plan; and
QUEST EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE,

    Defendants.

## ORDER OF DISMISSAL

This matter came before the Court on the parties' Stipulated Motion for Administrative Closure Based Upon Settlement (Dkt. # 105).  Based upon the parties' stipulation and Settlement Agreement, the parties have waived and discharged each other from all rights and obligations under this Court's Final Order and Judgment.

Accordingly, it is ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED:  February 5, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge